

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PA., et al.                                CRIMINAL ACTION

v.

ARCHIE TINDELL                                             NO. 09-127

*FILED JUN 26 2009 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk*

## ORDER

AND NOW, this 26th day of June, 2009, upon consideration of the Defendant's Petition for Removal to Federal Court (Doc. No. 3), and all documents submitted in support thereof, it is ORDERED as follows:

1. Defendant's Petition for Removal to Federal Court (Doc. No. 3) is DENIED;

2. Defendant's Petition to Amend Complaint and Claims (Doc. No. 2) is DISMISSED as MOOT;

3. This case is summarily REMANDED to Northumberland County Court of Common Pleas pursuant to 28 U.S.C. § 1446(c)(4); and

4. The Clerk of Court is instructed to mark this case as CLOSED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge

*U.S. Mail – A. Tindell 6/26/09*

*CC: Prothonotary Northumberland County*